No. 1839. JOHNSON, APPELLEE, *v.* JOHNSON, APPELLANT.—Divorce.  San Juan, Section 1.   June 10, 1918.  *Appeal withdrawn.*

No. 1272. PEOPLE, APPELLEE, *v.* SUÁREZ, APPELLANT.—Assault and battery.  Guayama.  June 11, 1918.  *Appeal withdrawn.*

No. 1210. PEOPLE, APPELLEE, *v.* MAISONET, APPELLANT.—Adultery.  San Juan, Section 2.  June 11, 1918.  *Reversed.*

No. 1280. PEOPLE, APPELLEE, *v.* GARCÍA, APPELLANT.—Violation of the Automobiles Act.  Ponce.  June 18, 1918.  *Affirmed.*

No. 1273. PEOPLE, APPELLEE, *v.* LÉCTORA, APPELLANT.—Violation of section 22 of the Excise Tax Act.  Guayama.  June 20, 1918.  *Affirmed.*

No. 1878. S. A. DES SUCRERIES DE SAINT JEAN ET AL., APPELLANTS, *v.* BANCO DE PUERTO RICO, SUBSTITUTED BY JOAQUÍN MORENO ET AL., APPELLEES.—Priority of credits.  San Juan, Section 2.  June 28, 1918.  *Dismissed.*

No. 1271. PEOPLE, APPELLEE, *v.* SAUNIÓN ET AL., APPELLANTS.—Violation of section 362 of the Penal Code.  Guayama.  June 27, 1918.  *Affirmed.*

No. 1757. SEÍN, APPELLANT, *v.* GARCÍA SOLER, APPELLEE.—Debt.  Aguadilla.  June 28, 1918.  *Affirmed.*